UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID ALLEN GLASS,
ADC #168353                                                                                    PLAINTIFF

V.                                   3:17CV00260 KGB/JTR

SUSAN COX, Nurse,
Poinsett County Detention Center, et al.                                          DEFENDANTS

## ORDER

The Clerk is directed to send a copy of the November 9, 2017 Order (Doc. 5) to Plaintiff at his new address (Doc. 6). Plaintiff must file, **on or before January 22, 2018,** an Amended Complaint containing the information specified in the November 9, 2017 Order. If he does not timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 20th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

1