# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DAVID ALLEN GLASS,**
**ADC #168353**                                                                           **PLAINTIFF**

**v.**                              **Case No. 3:17-cv-00260-KGB**

**SUSAN COX, Nurse,**
**Pointsett County Detention Center,** *et al*.                                          **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition filed by United States Magistrate Judge J. Thomas Ray (Dkt. No. 9). No objections to the Recommended Disposition have been filed, and the time for filing objections has passed. After review, this Court adopts the Recommended Disposition in its entirety as this Court's findings in all respects. Plaintiff David Allen Glass' complaint is hereby dismissed without prejudice for failure to prosecute (Dkt. No. 1).

So ordered this 17th day of May, 2018.

Kristine G. Baker
United States District Judge