IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DAVID ALLEN GLASS,**
**ADC #168353**                                                                                                        **PLAINTIFF**

**v.**                      Case No. 3:17-cv-00260-KGB

**SUSAN COX, Nurse,**
**Pointsett County Detention Center**, *et al*.                             **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff David Allen Glass' complaint is dismissed without prejudice.

So adjudged this 17th day of May, 2018.

                                                                           _____
                                                                             Kristine G. Baker
                                                                   United States District Judge